UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA LOPEZ,<br><br>         Plaintiff,<br>    vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No. CV 09-7732-DTB<br><br>ORDER TO SHOW CAUSE |

      In its November 9, 2009 Case Management Order, the Court ordered the parties to serve and file their Joint Stipulation within 68 days of the filing of defendant's Answer. Defendant's Answer was filed May 7, 2010. Accordingly, the parties Joint Stipulation was due on or before July 14, 2010. In the meantime, counsel for plaintiff filed a Motion to Withdraw as Attorney of Record requesting to be withdrawn as counsel. On July 1, 2010, the Court granted the Motion to Withdraw ordering plaintiff to obtain new counsel or proceed in pro per. Plaintiff was to advise the Court on or before August 2, 2010, of her new counsel or her intention to proceed in pro per.

      Plaintiff has failed to advise the Court of her new retained counsel or her intent to proceed in pro per.

      Accordingly, on or before September 30, 2010, plaintiff is ORDERED to either

1  (a) show good cause in writing, if any exists, why plaintiff has not timely retained new
2  counsel, and why this action should not be dismissed for failure to prosecute; or (b)
3  proceed in pro per and serve and file the Joint Stipulation. Plaintiff is forewarned that,
4  if she fails to do either, the Court will deem such failure a further violation of a Court
5  order justifying dismissal and also deem such failure as further evidence of a lack of
6  prosecution on plaintiff's part.

8  DATED: August 31, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE